NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

_____

**MG FREESITES LTD.,**
*Appellant*

**v.**

**SCORPCAST, LLC, dba HaulStars,**
*Appellee*

_____

2022-2221, 2022-2233

_____

Appeals from the United States Patent and Trademark Office, Patent Trial and Appeal Board in Nos. IPR2021-00510 and IPR2021-00512.

--------------------------------------------------

**SCORPCAST, LLC, dba HaulStars,**
*Appellant*

**v.**

**MG FREESITES LTD.,**
*Appellee*

_____

2022-2289

_____

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. IPR2021-00510.

───────────────────

## ON MOTION

───────────────────

PER CURIAM.

## O R D E R

Upon consideration of Scorpcast, LLC's unopposed motion to voluntarily dismiss its cross-appeal, Appeal No. 2022-2289, pursuant to Federal Rule of Appellate Procedure 42(b),

IT IS ORDERED THAT:

(1) The motion is granted. Appeal No. 2022-2289 is dismissed. The revised official caption for the remaining appeals is reflected in this order.

(2) Each party shall bear its own costs (for Appeal No. 2022-2289).

(3) Within 30 days of the date of filing of this order, the parties are directed to file corrected briefs in the remaining appeals omitting all arguments related to Appeal No. 2022-2289.

FOR THE COURT

July 27, 2023                    /s/ Jarrett B. Perlow
      Date                       Jarrett B. Perlow
                                 Clerk of Court

ISSUED AS A MANDATE (for 2022-2289 only): July 27, 2023